UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DALLAS RAY BLANKENSHIP,

           Plaintiff,

v.

UNKNOWN PARTY #1,

           Defendant.

_____/

Case No. 1:21-cv-781

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:    November 16, 2021           /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge